**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-6353

THOMAS M. HACKLER,

Plaintiff - Appellant,

versus

STATE OF NORTH CAROLINA; RONALD L. MOORE,
District Attorney; JOHN JOSEPH MILLER, III,
BUNCOMBE COUNTY SHERIFF, Buncombe County
Sheriff's Office; BOBBY LEE MEDFORD,

Defendants - Appellees.

No. 02-6358

THOMAS M. HACKLER,

Plaintiff - Appellant,

versus

STATE OF NORTH CAROLINA; BUNCOMBE COUNTY
SHERIFF, Buncombe County Sheriff's Office;
JOHN JOSEPH MILLER, III; RONALD L. MOORE,
District Attorney; BOBBY LEE MEDFORD,

Defendants - Appellees.

Appeals from the United States District Court for the Western District of North Carolina, at Asheville. Graham C. Mullen, Chief District Judge. (CA-02-20-MU-1-2, CA-02-23-1-2-MU)

Submitted: May 30, 2002                    Decided: June 6, 2002

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas M. Hackler, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas M. Hackler appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaints. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm both orders on the reasoning of the district court. See Hackler v. North Carolina, Nos. CA-02-20-MU-1-2 & CA-02-23-1-2-MU (W.D.N.C., filed Jan. 31, 2002; entered Feb. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED